IN THE NEBRASKA COURT OF APPEALS

**MEMORANDUM OPINION AND JUDGMENT ON APPEAL**
**(Memorandum Web Opinion)**

30 METROPOLITAN PLACE V. DANA PARTNERSHIP

NOTICE: THIS OPINION IS NOT DESIGNATED FOR PERMANENT PUBLICATION
AND MAY NOT BE CITED EXCEPT AS PROVIDED BY NEB. CT. R. APP. P. § 2-102(E).

30 METROPOLITAN PLACE, L.L.C., APPELLEE,

V.

DANA PARTNERSHIP, L.L.P., AND ARUN AGARWAL, APPELLANTS.

Filed August 15, 2023.    No. A-22-591.

SUPPLEMENTAL OPINION

Appeal from the District Court for Douglas County: JEFFREY J. LUX, Judge. Former opinion modified. Motion for rehearing overruled.

Thomas J. Culhane, Bonnie M. Boryca, and Ryan L. Crew, of Erickson | Sederstrom, P.C., for appellants.

Gregory C. Scaglione and Kendra Vosler, of Koley Jessen, P.C., L.L.O., for appellee.

PIRTLE, Chief Judge, and MOORE and ARTERBURN, Judges.

PER CURIAM.

This matter is before the court on the motion for rehearing filed by appellants regarding our memorandum opinion reported in *30 Metropolitan Place v. Dana Partnership*, No. A-22-591, 2023 WL 4188670 (Neb. App. June 27, 2023) (selected for posting to court website). We overrule the motion, but for purposes of clarification, we modify the opinion as follows:

In the analysis section of the opinion, under the subheading "(c) Date Prejudgment Interest Began to Accrue," we modify the final paragraph to read as follows:

"Our calculation of the principal amount plus prejudgment interest is as follows. On March 22, 2020, the principal amount of rent due and owing was $346,747.94 according to Exhibit 47

offered by 30 Metro and received by the court. 30 Metro is owed 837 days interest at 12 percent per year. This spans the period from March 22, 2020 until July 7, 2022 when the judgment was entered. The total amount of interest due and owing for that period is $95,420.18. Therefore, the combined amount of principal and prejudgment interest due and owing at the time the judgment was entered is $442,168.12."

The remainder of the opinion shall remain unmodified.

FORMER OPINION MODIFIED.

MOTION FOR REHEARING OVERRULED.